UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAHMOL FACEN,

       Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

       Defendant.
_____/

No. C 12-4648 PJH

**ORDER VACATING ORDER AT DOCKET NO. 4**

On September 5, 2012, the Clerk's Office mistakenly entered an order requiring a joint case management statement and appearance at a joint case management conference in this social security appeal. The court does not schedule case management conferences in social security appeals, and accordingly, that order located at docket no. 4 for the case is VACATED.

**IT IS SO ORDERED.**

Dated: October 22, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge