1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAHMOL FACEN,

        Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant.
_____/

No. C 12-4648 PJH

**ORDER DIRECTING PARTIES TO
INFORM COURT WHETHER THEY
CONSENT TO MAGISTRATE JUDGE
FOR ALL PURPOSES**

     In cases initially assigned to a district judge, the parties may consent at any time to
reassignment of the case to a magistrate judge for all purposes, including entry of final
judgment.  See Civil L.R. 73-1(b).  This option is being made available because the
magistrate judges in this district have smaller civil dockets and no felony criminal cases and
may be able to adjudicate this case more expeditiously than the undersigned district judge.

     Accordingly, the parties are hereby DIRECTED to advise the court, no later than
**Monday, November 5, 2012**, whether they consent to have a magistrate judge conduct all
further proceedings in the instant action.  Normally the parties would be directed to so
inform the court in their Joint Case Management Statement filed in connection with the
initial case management conference.  However, because this case involves a review of an
administrative record, a case management conference has not been scheduled.  The
parties are advised that they may jointly request assignment to a specific magistrate judge.
For the parties' convenience, a consent form is attached hereto; forms are also available at
http://www.cand.uscourts.gov, in the "Forms" section.

     **IT IS SO ORDERED.**

Dated:  October 22, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAHMOL FACEN,

        Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant(s).
_____/

No. C 12-4648 PJH

**CONSENT TO JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE**

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

_____

_____

Attorney for Plaintiff

_____

_____

Attorney for Defendant

Dated:_____

**United States District Court**
For the Northern District of California

2